IN THE UNITED STATES BANKRUPTCY COURT AT WICHITA, KS
FOR THE DISTRICT OF KANSAS

FILED MAY 18 2009

In re:

WILSON, BRYAN D
BRISENO, TRINA M

Bankruptcy No. 05-19580
Chapter 7

Debtor(s)

## REPORT OF OUTSTANDING CHECKS

COMES NOW, D. Michael Case, Trustee of the above referenced bankruptcy estate, and reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and said checks were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 109 | Bryan D. Wilson & Trina M. Briseno c/o Ronald L. Leslie PO Box 2067 Hutchinson, KS 67054-2067 | $4,084.26 |

Accompanying this Report is Check No. 111 in the amount of $4,084.26 made payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

CASE, MOSES, ZIMMERMAN & WILSON, P.A.

D. Michael Case, #7491
900 Garvey Center
200 West Douglas Avenue
Wichita, KS 67202-3009
(316) 303-0100

Received
5-20-09.
skl